Check No. 1133269

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-06106-MDF | 05U-0 | JOHN M GROFT<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>BKCY CASH MGMT MAC#X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328- | 6207 | 0.00 | 756.46 | 0.00 | 756.46 |
| 10-06106-MDF | 06U-0 | JOHN M GROFT<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>BKCY CASH MGMT MAC#X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328- | 5122 | 0.00 | 139.31 | 0.00 | 139.31 |
| 10-06106-MDF | 07U-0 | JOHN M GROFT<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>BKCY CASH MGMT MAC#X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328- | 5177 | 0.00 | 262.59 | 0.00 | 262.59 |
| 10-06758-RNO | 07U-0 | ANTHONY J ROCA<br>Original Check written to:<br>CONSOLIDATED EDISON CO.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1850-S<br>NEW YORK, NY 10003 | 2663 | 362.52 | 12.58 | 0.00 | 12.58 |
| 10-07085-RNO | 05S-0 | GARY DAVID NULL<br>Original Check written to:<br>SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO 80163- | 9341 | 0.00 | 5,328.68 | 0.00 | 5,328.68 |
| 10-07421-MDF | 04U-0 | LAYLE LEE LEFEVER<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 102000408 | 272.54 | 59.00 | 0.00 | 59.00 |
| 12-00001-MDF | 014-0 | JUDY ANN HEINBACH<br>Original Check written to:<br>SPOT ON LOANS<br><br>P.O. BOX 6243<br>NORTH LOGAN, UT 84341- | 4097 | 0.00 | 101.07 | 0.00 | 101.07 |
| 14-01042-JJT | 999-0 | BEVERLY CARTER<br>Original Check written to:<br>BEVERLY CARTER<br>48 COMMANCHE CIRCLE<br>LAKE ARIEL, PA 18436 | | 0.00 | 352.61 | 0.00 | 352.61 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1133269

September 02, 2015

PAY** Seven Thousand Twelve Dollars and 30 Cents*************************************

AMOUNT**$7,012.30***********

TO THE ORDER OF

VOID AFTER December 01, 2015
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-